■ JACK BABBIT et al., Appellants, v ARN PAT REALTY COMPANY, INC., et al., Respondents. (Appeal No. 2.)—Appeal unanimously dismissed, without costs, upon stipulation. (Appeal from order of Erie Supreme Court—examination before trial.) Present—Simons, J. P., Dillon, Hancock, Denman and Goldman, JJ.

■ In the Matter of the Estate of HELEN C. FAIRBAIRN, Deceased. ANN C. WHITTLESEY, Individually, and as Executrix of MARY C. LANIGAN, Deceased, Respondents-Appellants; LIBERTY NATIONAL BANK AND TRUST COMPANY, as Committee, Appellant-Respondent.—Motion to resettle remittitur order and for other relief granted. Ann C. Whittlesey as executrix of Mary C. Lanigan, deceased, substituted in place of Mary C. Lanigan, deceased.

■ In the Matter of VINCENT FREDERICO, Respondent, v EDGAR E. MOORE et al., Constituting the Town Board of Riga, Appellants.—Motion granted and memorandum decision (57 AD2d 704) amended by striking therefrom the second last paragraph and inserting in place thereof the following: "Accordingly, since petitioner complied with the application requirements, respondents were properly directed by Supreme Court to issue a permit to him." Present.—Marsh, P. J., Moule, Cardamone, Simons and Dillon, JJ.